| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>Attorney for Debtor<br>tom@torrlaw.com<br>(609)386-8700 | Order Filed on February 4, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Anthoney B. Mayoros, Sr.<br>Sandra Mayoros<br><br><br>Debtors. | Case No. 18-35206<br>Chapter: <u>13</u><br><br>Hearing Date: January 23, 2019 at 9:00 am |

## ORDER EXTENDING STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED: February 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor: Anthoney B. Mayoros, Sr.
       Sandra Mayoros
Case Number: 18-35206
Caption of Order: Order Extending Stay

This matter having been presented to the Court by the Debtor and the Court having reviewed the motion and any opposition filed and for good cause shown it is

**ORDERED** that:

The stay is extended as to all creditors, including but not limited to Midfirst Bank and the Debtors' property at 223 Julia Avenue, Trenton, NJ 08610. This order is without prejudice to the Internal Revenue Service moving to modify this order for a period of 30 days after the federal government is funded through congressional appropriation.