| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>Attorney for Debtor<br>tom@torrlaw.com<br>(609)386-8700 |
| In Re:<br><br>Anthoney B. Mayoros, Sr.<br>Sandra Mayoros<br><br><br><br>Debtors. |

**Order Filed on February 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 18-35206
Chapter: <u>13</u>

Hearing Date: January 23, 2019 at 9:00 am

# ORDER EXTENDING STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED: February 4, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**

Debtor: Anthoney B. Mayoros, Sr.
          Sandra Mayoros
Case Number: 18-35206
Caption of Order: Order Extending Stay

This matter having been presented to the Court by the Debtor and the Court having reviewed the motion and any opposition filed and for good cause shown it is

**ORDERED** that:

The stay is extended as to all creditors, including but not limited to Midfirst Bank and the Debtors' property at 223 Julia Avenue, Trenton, NJ  08610. This order is without prejudice to the Internal Revenue Service moving to modify this order for a period of 30 days after the federal government is funded through congressional appropriation.

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-35206-KCF
Anthoney V. Mayoros, Sr.                                                 Chapter 13
Sandra Mayoros
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 04, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2019.
db/jdb         +Anthoney V. Mayoros, Sr.,    Sandra Mayoros,    223 Julia Avenue,    Trenton, NJ 08610-6613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas J Orr    on behalf of Debtor Anthoney V. Mayoros, Sr. tom@torrlaw.com,    xerna@aol.com
              Thomas J Orr    on behalf of Joint Debtor Sandra  Mayoros tom@torrlaw.com,   xerna@aol.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5