UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
(609) 386-8700
Attorney for Debtor

In Re:
Anthoney Mayoros, Sr.,
Debtor

Case No.: 18-35206

Chapter: 13

Judge: KCF

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Norris McLaughlin & Marcus, PA/ creditor
(Example: John Smith, creditor)

Old address:   721 Route 202/206
Suite 200
Bridgewater, NJ 08807

New address:   Norris McLaughlin, PA
400 Crossing Blvd, 8th Floor, PO Box 5933
Bridgewater, NJ 08807-5933

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   2/13/2019          /s/Thomas J. Orr
Signature

*rev.2/1/16*