THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
tom@torrlaw.com
(609)386-8700
ATTORNEY FOR DEBTORS

---

| | |
|---|---|
| In Re | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Anthoney V. Mayoros, Sr. and<br>Sandra Mayoros | |
| | Case No. 18-35206<br>Chapter 13 |
| | PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST-PETITION OBLIGATIONS PURSUANT TO 11 U.S.C. §§1325(a)(8) AND (a)(9) |
| | Hearing Date: April 24, 2019<br>Oral Argument: Requested |
| Debtors. | |

---

Debtors upon our oath according to law, certify:

1. The below information is being supplied for compliance with the confirmation hearing on April 24, 2019.

2. We are current with all post-petition obligations.

3. We have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

4. We have filed all applicable federal, state and local tax returns as required by 11 U.S.C. §1308.

5. If the confirmation hearing date stated in paragraph 1 is adjourned for any reason, an updated certification will be filed with the court prior to any subsequent confirmation hearing date if any of the information in this certification changes.

We certify that the statements made above are true. We are aware that if they are willfully false, we are am subject to punishment.

/s/Anthoney V.Mayoros, Sr.

/s/Sandra Mayoros

Dated: 2-28-19