UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Anthoney Mayoros & Sandra Mayoros,

Debtors.

Case No.:    18-35206-MBK

Chapter:    13

Hearing Date:    12/3/2019

Judge:    Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 223 Julia Avenue, Trenton, NJ (Docket # 28)

_____

Date: 11/27/2019                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*