| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-35206 / MBK**

Anthoney V. Mayoros, Sr.
Sandra Mayoros

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date: 06/12/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $875.00 | 25664111076 | 04/16/2019 | $875.00 | 25664139371 | 04/16/2019 | $875.00 | 25664135376 |
| 04/29/2019 | $875.00 | 25842506567 | 07/02/2019 | $875.00 | 25085288700 | 07/02/2019 | $875.00 | 25085288711 |
| 09/17/2019 | $975.00 | 108441745270 | 11/06/2019 | $928.00 | 26187429251 | 11/06/2019 | $980.00 | 26187429240 |
| 12/03/2019 | $928.00 | 26187446384 | | | | | | |

**Total Receipts for the Period:  $9,061.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,909.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| **CLAIMS AND DISTRIBUTIONS** ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Anthoney V. Mayoros, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS J ORR ESQ<br>»» AMENDED DISCLOSURE 6/25/19 | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/GUITAR CENTER | Unsecured Creditors | $607.42 | $0.00 | $607.42 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,021.11 | $0.00 | $1,021.11 |
| 3 | NJ DIVISION OF TAXATION<br>»» TGI 2016-2017 | Priority Crediors | $3,234.09 | $0.00 | $3,234.09 |
| 4 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/AURORA | Mortgage Arrears | $27,273.35 | $6,052.04 | $21,221.31 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 TAX PERIODS | Priority Crediors | $8,688.68 | $0.00 | $8,688.68 |
| 6 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,373.59 | $0.00 | $2,373.59 |
| 7 | NJSVS, SURCHARGE VIOLATION SYSTEM OFFICE<br>»» SURCHARGE | Unsecured Creditors | $1,916.00 | $0.00 | $1,916.00 |
| 8 | MIDFIRST BANK<br>»» 223 JULIA AVE/ORDER 12/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-35206 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,909.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $8,533.04 | Current Monthly Payment: | $928.00 |
| Paid to Trustee: | $661.02 | Arrearages: | $15.00 |
| Funds on Hand: | $1,714.94 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**