|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |

In Re:

Case No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☐ Withdrawn

Matter: _____

_____

Date: _____        _____
                                                              Signature

*rev.8/1/15*