UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Anthoney V. Mayoros, Sr.
Sandra Mayoros

Debtor(s)

Case No.: 18-35206 / MBK

Judge: Michael B. Kaplan

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Debbie Smith, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 10/20/2020, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:   10/20/2020

/s/  Debbie Smith
_____
Debbie Smith

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Anthoney V. Mayoros, Sr.<br>Sandra Mayoros<br>223 Julia Avenue<br>Trenton, NJ   08610 | Debtor(s) | Regular Mail |
| THOMAS J ORR ESQ<br>321 HIGH ST<br>BURLINGTON,  NJ   08016 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |