Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−35206−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthoney V. Mayoros Sr.                          Sandra Mayoros
   223 Julia Avenue                                 223 Julia Avenue
   Trenton, NJ 08610                                Trenton, NJ 08610

Social Security No.:
   xxx−xx−7007                                      xxx−xx−8069

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/17/20 at 09:00 AM

to consider and act upon the following:

*36* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/3/2020. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 11/4/20

                                                   Jeanne Naughton
                                                   Clerk, U.S. Bankruptcy Court