| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Thomas J. Orr, Esq.<br>321 High Street<br>Burlington, NJ 08016<br>(609) 386-8700<br>Attorney for Debtors | |
| In Re:<br>Anthoney B. Mayoros, Sr.<br>Sandra Mayoros | Case No.: __18-35206__<br>Chapter: __13__<br>Judge: __MBK__ |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     NJ Motor Vehicle Commission, Surcharge Violations, creditor
(Example: John Smith, creditor)

Old address:     P.O. Box 4850
                           Trenton, NJ 08650-4850


New address:     P.O. Box 1502
                            Moorestown, NJ 08057


New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  December 7, 2020            /s/ Thomas J. Orr
                                                          Signature

rev.2/1/16