Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–35206–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthoney V. Mayoros Sr.  
223 Julia Avenue  
Trenton, NJ 08610

Sandra Mayoros  
223 Julia Avenue  
Trenton, NJ 08610

Social Security No.:
xxx–xx–7007

xxx–xx–8069

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/16/21 at 09:00 AM

to consider and act upon the following:

**56** − Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: 223 Julia Avenue, Trenton, NJ 08610. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 30 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 01/19/2021. (Attachments: # 1 Exhibit "A" # 2 Affidavit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 1/20/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court