THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
tom@torrlaw.com
ATTORNEY FOR DEBTORS
_____

| | |
|---|---|
| In Re | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Anthoney Mayoros, Sr. and Sandra Mayoros, | |
| | Case No. 18-35206 (MBK) Chapter 13 |
| | CERTIFICATION IN SUPPORT OF MODIFIED PLAN AND IN OPPOSITION TO TRUSTEE'S CERTIFICATION OF DEFAULT |
| | Hearing Date: March 2, 2021 Oral Argument: Requested |
| Debtors. | |

_____

Anthoney Mayoros, Sr. and Sandra Mayoros certify as follows:

1. The Trustee objected to our modified plan and filed a certification of default based on:

a) arrears: we paid $980 on January 13, 2021 and a payment of $560 is in transit. We expect to pay $585 before the hearing date. We are on track to complete our modified plan on time;

b) objection by MidFirst Bank: a consent order was entered on December 23, 2020 (docket 54). The consent order does not impact plan payments;

c) updated proof of income: pay stubs were uploaded to the trustee's web site on February 11, 2021;

d) disposable income: we believe our budget is fair based on our income and family size. Both of our incomes have been impacted by COVID. Right now, we are both working full time hours. This may change depending on the continuing impact of the virus

and economic recovery. For example, Sandra's hours were previously drastically reduced because of her employer's work flow and Anthoney's job is dependent on Six Flag's ability to resume normal operations;

e) threshold: we agree to pay a minimum of $1,570 to unsecured creditors. Our modified plan will pay more:

| | | |
|---|---|---|
| MidFirst Bank | $16,288 | |
| Priority NJ Tax | $3,234 | |
| Priority IRS Tax | $8,688 | |
| Attorney Fee | $1,500 | (estimated pending fee app) |
| Sub-Total | $29,710 | |
| Trustee Commission[1] | $3,301 | |
| Sub-Total | $33,011 | |
| Balance on Hand | -$920 | (excluding payment(s) in transit) |
| Balance to Complete | $32,091 | |
| Plan Payments | $33,930 | ($585 a month for 58 months) |
| Remaining | $1,839 | (unsecured claims total $5,917) |

f) 2019 tax return: uploaded to the trustee's web site on February 11, 2021.

2. We request that our modified plan be confirmed and that the trustee's certificate of default be denied.

3. We certify under penalty of perjury that the foregoing is true and correct.

Date: February 23, 2021         /s/Anthoney Mayoros, Sr.

Date: February 23, 2021         /s/Sandra Mayoros

---

[1] Based on 10% commission. At 6.1% the commission would be $1,930 resulting in $3,210 remaining for a dividend of about 54% to unsecured creditors.