Office Mailing Address:
Albert Russo, Trustee
CN 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-35206 / MBK**

Anthoney V. Mayoros, Sr.
Sandra Mayoros

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date: 06/12/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $928.00 | 26187463394 | 01/27/2020 | $920.00 | 26187477467 | 03/20/2020 | $920.00 | 26328292503 |
| 07/28/2020 | $540.00 | 26684535363 | 11/19/2020 | $1,000.00 | 26955629875 | 11/19/2020 | $1,000.00 | 26955629864 |
| 01/13/2021 | $980.00 | 27146607298 | | | | | | |

**Total Receipts for the Period: $6,288.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,349.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | Anthoney V. Mayoros, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS J ORR ESQ<br>»» AMENDED DISCLOSURE 6/25/19 | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/GUITAR CENTER | Unsecured Creditors | $607.42 | $0.00 | $607.42 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,021.11 | $0.00 | $1,021.11 |
| 3 | NJ DIVISION OF TAXATION<br>»» TGI 2016-2017 | Priority Crediors | $3,234.09 | $0.00 | $3,234.09 |
| 4 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/AURORA/ORDER 12/23/2020 | Mortgage Arrears | $27,273.35 | $10,984.74 | $16,288.61 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 TAX PERIODS | Priority Crediors | $8,688.68 | $0.00 | $8,688.68 |
| 6 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,373.59 | $0.00 | $2,373.59 |
| 7 | NJSVS, SURCHARGE VIOLATION SYSTEM OFFIC<br>»» SURCHARGE | Unsecured Creditors | $1,916.00 | $0.00 | $1,916.00 |
| 8 | MIDFIRST BANK<br>»» 223 JULIA AVE/ORDER 12/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |

**Chapter 13 Case No. 18-35206 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,349.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $13,465.74 | Current Monthly Payment: | $928.00 |
| Paid to Trustee: | $963.04 | Arrearages: | $6,711.00 |
| Funds on Hand: | $920.22 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**