## MONEY ORDER RECEIPT - NON NEGOTIABLE

Use cash to pay for millions of Amazon.com products with Amazon participating Western Unionr Agent locations; or add cash to you with Amazon Cash, then shop on Amazon.com. Find out more at wu.
AGT 133700 LOC 000000 DT 021321 $560.00 5HUNDRED60DOLLARS AND NO CENTS

Payable to: _____

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.



\* 1 9 2 2 5 1 9 4 6 0 2 \*

↓ LOAD THIS DIRECTION, THIS SIDE UP

LOAD THIS DIRECTION, THIS SIDE UP ↓