Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−35206−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthoney V. Mayoros Sr.  Sandra Mayoros
223 Julia Avenue  223 Julia Avenue
Trenton, NJ 08610  Trenton, NJ 08610

Social Security No.:
xxx−xx−7007  xxx−xx−8069

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 26, 2021.

Dated: March 26, 2021
JAN: wir

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anthoney V. Mayoros, Sr.  
Sandra Mayoros  
    Debtors

Case No. 18-35206-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 26, 2021 | Form ID: plncf13 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthoney V. Mayoros, Sr., Sandra Mayoros, 223 Julia Avenue, Trenton, NJ 08610-6613 |
| 517941402 | + | Allen Chern, LLC, 79 West Monroe Street, 5th Floor, Chicago, IL 60603-4901 |
| 517941405 | #+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517941406 | | Mercer Bucks Orthopaedics, P.C., 2501 Kuser Road, Trenton, NJ 08691-3386 |
| 517941410 | | NJ Attorney General, Division of Law, PO Box 112, Trenton, NJ 08625-0112 |
| 518133195 | + | NJSVS Surcharge Violation System Office, POB 136, Trenton, NJ 08601-0136 |
| 517941409 | + | New Jersey Motor Vehicle Commission, Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |
| 517941411 | + | Norris, McLaughlin & Marcus, PA, 400 Crossing Blvd, 8th Fl POB 5933, Bridgewater, NJ 08807-2863 |
| 517941414 | + | RWJ Medical Associates, 1700 Whitehorse Hamilton Square Road, Trenton, NJ 08690-3536 |
| 517941412 | | Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517941413 | + | Retro Fitness Bordentown, 860 Route 206, Bordentown, NJ 08505-1505 |
| 517971244 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517941415 | | Selip and Stylianou, LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517941416 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517941422 | + | Trenton Emergency Medical Services, 244 Perry Street, Trenton, NJ 08618-3926 |
| 517941424 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2021 23:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2021 23:29:46 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517941401 | | Email/Text: mpieslak@trafgroup.org | Mar 26 2021 23:30:00 | A-1 Collection Service, 101 Grovers Mills Road, Suite 303, Lawrence Township, NJ 08648-4706 |
| 517941404 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2021 21:40:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518009662 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Mar 27 2021 00:04:23 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517941407 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Mar 26 2021 23:57:09 | Midfirst Bank, 999 Northwest Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 517941408 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | | |

Case 18-35206-MBK    Doc 72    Filed 03/28/21    Entered 03/29/21 00:19:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2021 | Form ID: plncf13 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 27 2021 00:12:32 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517947126 | | Email/Text: bnc-quantum@quantum3group.com | Mar 26 2021 23:29:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517941417 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:12:15 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 517942358 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:04:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517941418 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:04:09 | Synchrony Bank/Guitar Center, Att'n: Bankruptcy Department, PO Box 956015, Orlando, FL 32896-0001 |
| 517941419 | | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:12:12 | Synchrony Bank/Lowes, Att'n: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517941420 | | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:04:08 | Synchrony Bank/Old Navy, Att'n: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517941421 | | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 00:12:12 | Synchrony Bank/Vaughn Bassett, Att'n: Bankruptcy Department, PO Box 965022, Orlando, FL 32896-5022 |
| 517941423 | + | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2021 23:29:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517941403 | ##+ | First Card Services, 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021                       Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 26, 2021 | Form ID: plncf13 | Total Noticed: 31 |

Denise E. Carlon
    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Thomas J Orr
    on behalf of Debtor Anthoney V. Mayoros  Sr. tom@torrlaw.com, xerna@aol.com;orrtr87054@notify.bestcase.com

Thomas J Orr
    on behalf of Joint Debtor Sandra Mayoros tom@torrlaw.com  xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6