Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−35206−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthoney V. Mayoros Sr.　　　　　　　　　　　Sandra Mayoros
   223 Julia Avenue　　　　　　　　　　　　　　　223 Julia Avenue
   Trenton, NJ 08610　　　　　　　　　　　　　　　Trenton, NJ 08610

Social Security No.:
   xxx−xx−7007　　　　　　　　　　　　　　　　　xxx−xx−8069

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       6/23/21
Time:       01:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Thomas J Orr, Debtor's Attorney

COMMISSION OR FEES
fee: $1,330.00

EXPENSES
expenses: $92.00

If this is a chapter 13 case, the fees and expenses awarded:

☑   will not reduce the amount to be paid to general unsecured creditors under the plan.

☐   will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 18, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anthoney V. Mayoros, Sr.  
Sandra Mayoros  
    Debtors

Case No. 18-35206-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: May 18, 2021      Form ID: 137      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthoney V. Mayoros, Sr., Sandra Mayoros, 223 Julia Avenue, Trenton, NJ 08610-6613 |
| 517941402 | + | Allen Chern, LLC, 79 West Monroe Street, 5th Floor, Chicago, IL 60603-4901 |
| 517941403 | + | First Card Services, 9 Wills Way, Piscataway, NJ 08854-3770 |
| 517941405 | #+ | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517941406 | | Mercer Bucks Orthopaedics, P.C., 2501 Kuser Road, Trenton, NJ 08691-3386 |
| 517941410 | | NJ Attorney General, Division of Law, PO Box 112, Trenton, NJ 08625-0112 |
| 518133195 | + | NJSVS Surcharge Violation System Office, POB 136, Trenton, NJ 08601-0136 |
| 517941409 | + | New Jersey Motor Vehicle Commission, Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |
| 517941411 | + | Norris, McLaughlin & Marcus, PA, 400 Crossing Blvd, 8th Fl POB 5933, Bridgewater, NJ 08807-2863 |
| 517941414 | + | RWJ Medical Associates, 1700 Whitehorse Hamilton Square Road, Trenton, NJ 08690-3536 |
| 517941412 | | Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517941413 | + | Retro Fitness Bordentown, 860 Route 206, Bordentown, NJ 08505-1505 |
| 517971244 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517941415 | | Selip and Stylianou, LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517941416 | + | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517941422 | + | Trenton Emergency Medical Services, 244 Perry Street, Trenton, NJ 08618-3926 |
| 517941424 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2021 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2021 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517941401 | | Email/Text: mpieslak@trafgroup.org | May 18 2021 20:42:00 | A-1 Collection Service, 101 Grovers Mills Road, Suite 303, Lawrence Township, NJ 08648-4706 |
| 517941404 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2021 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518009662 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 18 2021 21:54:34 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517941407 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 18 2021 21:54:35 | Midfirst Bank, 999 Northwest Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 517941408 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 18 2021 21:54:35 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517947126 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 18-35206-MBK    Doc 75    Filed 05/20/21    Entered 05/21/21 00:15:44    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 18, 2021 | Form ID: 137 | Total Noticed: 32 |

|  |  |  | May 18 2021 20:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| --- | --- | --- | --- | --- |
| 517941417 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 21:54:33 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 517942358 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 21:54:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517941418 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 21:55:19 | Synchrony Bank/Guitar Center, Att'n: Bankruptcy Department, PO Box 956015, Orlando, FL 32896-0001 |
| 517941419 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 21:55:19 | Synchrony Bank/Lowes, Att'n: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517941420 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 21:54:32 | Synchrony Bank/Old Navy, Att'n: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517941421 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2021 21:55:19 | Synchrony Bank/Vaughn Bassett, Att'n: Bankruptcy Department, PO Box 965022, Orlando, FL 32896-5022 |
| 517941423 | + | Email/Text: usanj.njbankr@usdoj.gov | May 18 2021 20:41:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com   bkgroup@kmllawgroup.com |
| Thomas J Orr | on behalf of Debtor Anthoney V. Mayoros  Sr. tom@torrlaw.com, xerna@aol.com;orrtr87054@notify.bestcase.com |

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2021 | Form ID: 137 | Total Noticed: 32 |

Thomas J Orr
    on behalf of Joint Debtor Sandra Mayoros tom@torrlaw.com xerna@aol.com;orrtr87054@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6