| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Thomas J. Orr<br>321 High Street<br>Burlington, NJ 08016<br>Attorney for Debtors<br>tom@torrlaw.com<br>(609)386-8700 | **Order Filed on June 23, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Anthoney Mayoros, Sr. and<br>Sandra Mayoros,<br><br>Debtors. | Case No. <u>18-35206 (MBK)</u><br><br>Chapter: <u>13</u> |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**

**DATED: June 23, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Thomas J. Orr, the applicant, is allowed a fee of $1,330 for services rendered and expenses in the amount of $92 for a total of $1,422. The fees are payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $797 per month for 55 months to allow for payment of the above fee.

*Rev.8/1/15*