| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-35206 / MBK

Anthoney V. Mayoros, Sr.
Sandra Mayoros

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date: 06/12/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/13/2021 | $980.00 | 27146607298 | 03/02/2021 | $560.00 | 19225194602 | 06/02/2021 | $360.00 | 27220271365 |
| 06/22/2021 | $1,000.00 | 27323904328 | 07/07/2021 | $860.00 | 27323911743 | 07/16/2021 | $760.00 | 27323915826 |
| 08/17/2021 | $760.00 | 27574601466 | 10/06/2021 | $760.00 | 27574615350 | 11/30/2021 | $760.00 | 27574622763 |
| 12/28/2021 | $760.00 | 27658814938 | | | | | | |

**Total Receipts for the Period: $7,560.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $21,929.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Anthoney V. Mayoros, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS J ORR ESQ<br>»»  AMENDED DISCLOSURE 6/25/19 | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SYNCHRONY/GUITAR CENTER | Unsecured Creditors | $607.42 | $0.00 | $607.42 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $1,021.11 | $0.00 | $1,021.11 |
| 3 | NJ DIVISION OF TAXATION<br>»»  TGI 2016-2017 | Priority Crediors | $3,234.09 | $0.00 | $3,234.09 |
| 4 | MIDFIRST BANK<br>»»  P/223 JULIA AVE/1ST MTG/AURORA/ORDER 12/23/2020 | Mortgage Arrears | $27,273.35 | $14,555.09 | $12,718.26 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2015-2017 TAX PERIODS | Priority Crediors | $8,688.68 | $0.00 | $8,688.68 |
| 6 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,373.59 | $0.00 | $2,373.59 |
| 7 | NJSVS, SURCHARGE VIOLATION SYSTEM OFFIC<br>»»  SURCHARGE | Unsecured Creditors | $1,916.00 | $0.00 | $1,916.00 |
| 8 | MIDFIRST BANK<br>»»  223 JULIA AVE/ORDER 12/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 9 | MIDFIRST BANK<br>»»  223 JULIA AVE/PP ARREARS 3/2/21 | Mortgage Arrears | $9,523.26 | $1,642.17 | $7,881.09 |
| 10 | MIDFIRST BANK<br>»»  223 JULIA AVE/ATTY FEES 3/2/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | THOMAS J ORR ESQ<br>»»  ORDER 6/23/21 | Attorney Fees | $1,422.00 | $1,422.00 | $0.00 |

**Chapter 13 Case No. 18-35206 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,929.00 | Plan Balance: | $38,088.00 ** |
| Paid to Claims: | $20,450.26 | Current Monthly Payment: | $797.00 |
| Paid to Trustee: | $1,478.74 | Arrearages: | $2,657.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $60,017.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.