Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–35206–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthoney V. Mayoros Sr.   Sandra Mayoros
223 Julia Avenue          223 Julia Avenue
Trenton, NJ 08610         Trenton, NJ 08610

Social Security No.:
xxx–xx–7007               xxx–xx–8069

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 5/11/22 at 09:00 AM

to consider and act upon the following:

**79** – Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: 223 Julia Avenue, Trenton, NJ 08610. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 30 Order on Motion For Relief From Stay, 56 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 67 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 04/19/2022. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 4/20/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court