**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas J. Orr
321 High Street
Burlington, NJ 08016
Attorney for Debtor
tom@torrlaw.com
(609)386-8700

In Re:

Anthoney Mayoros, Sr. and

Sandra Mayoros,

Case No.: <u>18-35206 (MBK)</u>

Chapter: <u>13</u>

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,

   Creditor.

   A hearing has been scheduled for _____ at _____.


   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for <u>January 11, 2023</u> at <u>9 AM</u>.


   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.


2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $_____, but have not been accounted for.

   Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☒ Other (explain your answer):

We paid $2,320 after the motion was filed. This should bring us current through December 2022.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: January 2, 2023        /s/Anthoney Mayoros, Sr.
                              Debtor's Signature

Date: January 2, 2023        /s/Sandra Mayoros
                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15