| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
Chapter 13 Case No. 18-35206 / MBK

Anthoney V. Mayoros, Sr.
Sandra Mayoros

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date: 06/12/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2022 | $770.00 | 27658827753 | 03/21/2022 | $760.00 | 27658833390 | 03/21/2022 | $760.00 | 27658844122 |
| 04/26/2022 | $760.00 | 28181453905 | 06/14/2022 | $760.00 | 28181468946 | 06/16/2022 | $760.00 | 28181470858 |
| 07/11/2022 | $760.00 | 28047730263 | 08/23/2022 | $800.00 | 28047740973 | 09/20/2022 | $800.00 | 28181468136 |
| 09/20/2022 | $800.00 | 28334178483 | 11/28/2022 | $800.00 | 28334183692 | 11/28/2022 | $760.00 | 28334199813 |
| 12/30/2022 | $760.00 | 28451781483 | 01/24/2023 | $760.00 | 28451789796 | 03/01/2023 | $960.00 | 28211692612 |

**Total Receipts for the Period: $11,770.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $33,699.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthoney V. Mayoros, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | THOMAS J ORR ESQ<br>»» AMENDED DISCLOSURE 6/25/19 | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/GUITAR CENTER | Unsecured Creditors | $607.42 | $0.00 | $607.42 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,021.11 | $0.00 | $1,021.11 |
| 3 | NJ DIVISION OF TAXATION<br>»» TGI 2016-2017 | Priority Crediors | $3,234.09 | $0.00 | $3,234.09 |
| 4 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/AURORA/ORDER 12/23/2020 | Mortgage Arrears | $27,273.35 | $19,377.46 | $7,895.89 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 TAX PERIODS | Priority Crediors | $8,688.68 | $0.00 | $8,688.68 |
| 6 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,373.59 | $0.00 | $2,373.59 |
| 7 | NJSVS, SURCHARGE VIOLATION SYSTEM OFFIC<br>»» SURCHARGE | Unsecured Creditors | $1,916.00 | $0.00 | $1,916.00 |
| 8 | MIDFIRST BANK<br>»» 223 JULIA AVE/ORDER 12/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 9 | MIDFIRST BANK<br>»» 223 JULIA AVE/PP ARREARS 3/2/21 | Mortgage Arrears | $9,523.26 | $4,630.45 | $4,892.81 |
| 10 | MIDFIRST BANK<br>»» 223 JULIA AVE/ATTY FEES 3/2/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | THOMAS J ORR ESQ<br>»» ORDER 6/23/21 | Attorney Fees | $1,422.00 | $1,422.00 | $0.00 |

**Chapter 13 Case No. 18-35206 / MBK**

| 11 | MIDFIRST BANK<br>»» 223 JULIA AVE/PP ARREARS 5/10/22 | Mortgage Arrears | $5,758.99 | $1,778.27 | $3,980.72 |
| 12 | MIDFIRST BANK<br>»» 223 JULIA AVE/ATTY FEES 5/10/22 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $33,699.00 | Plan Balance: | $33,106.00 ** |
| Paid to Claims: | $30,389.18 | Current Monthly Payment: | $968.00 |
| Paid to Trustee: | $2,418.94 | Arrearages: | $1,184.00 |
| Funds on Hand: | $890.88 | Total Plan Base: | $66,805.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**