| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 18-35206 / MBK**

Anthoney V. Mayoros, Sr.  
Sandra Mayoros  

Petition Filed Date: 12/27/2018  
341 Hearing Date: 01/31/2019  
Confirmation Date: 06/12/2019  

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2023 | $760.00 | 28451789796 | 03/01/2023 | $960.00 | 28211692612 | 04/10/2023 | $960.00 | 28591913035 |
| 05/23/2023 | $960.00 | 28591929101 | 05/23/2023 | $960.00 | 28591925894 | 07/18/2023 | $960.00 | 28591938055 |
| 07/31/2023 | $960.00 | 28591945018 | 08/30/2023 | $960.00 | 28857101152 | 10/11/2023 | $960.00 | 28857114707 |
| 11/06/2023 | $960.00 | 28857123404 | 12/11/2023 | $960.00 | 29135052707 | 12/26/2023 | $960.00 | 29135058917 |

**Total Receipts for the Period: $11,320.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $43,299.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthoney V. Mayoros, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Thomas J. Orr, Esq.<br>»» AMENDED DISCLOSURE 6/25/19 | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/GUITAR CENTER | Unsecured Creditors | $607.42 | $0.00 | $607.42 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,021.11 | $0.00 | $1,021.11 |
| 3 | NJ DIVISION OF TAXATION<br>»» TGI 2016-2017 | Priority Creditors | $3,234.09 | $0.00 | $3,234.09 |
| 4 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/ORDER 12/23/20 | Mortgage Arrears | $27,273.35 | $23,142.76 | $4,130.59 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 TAX PERIODS | Priority Creditors | $8,688.68 | $0.00 | $8,688.68 |
| 6 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,373.59 | $0.00 | $2,373.59 |
| 7 | NJSVS, SURCHARGE VIOLATION SYSTEM OFFIC<br>»» SURCHARGE | Unsecured Creditors | $1,916.00 | $0.00 | $1,916.00 |
| 8 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/ATTY FEES ORDER 12/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 9 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/PP ARREARS ORDI 3/2/21 | Mortgage Arrears | $9,523.26 | $6,963.67 | $2,559.59 |
| 10 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/ATTY FEES ORD 3/2/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**Chapter 13 Case No. 18-35206 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 0 | Thomas J. Orr, Esq.<br>»» ORDER 6/23/21 | Attorney Fees | $1,422.00 | $1,422.00 | $0.00 |
| 11 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/PP ARREARS ORDER 5/10/22 | Mortgage Arrears | $5,758.99 | $3,676.56 | $2,082.43 |
| 12 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/ATTY FEES ORDER 5/10/22 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,299.00 | Plan Balance: | $23,506.00 ** |
| Paid to Claims: | $38,385.99 | Current Monthly Payment: | $968.00 |
| Paid to Trustee: | $3,152.37 | Arrearages: | $1,264.00 |
| Funds on Hand: | $1,760.64 | Total Plan Base: | $66,805.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.