| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | |
| In re:<br><br>Anthoney V. Mayoros, Sr.<br>Sandra Mayoros<br><br>Debtor(s) | Case No.: 18-35206 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 4/9/2024, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  4/9/2024                                           /s/  Kierstyn Buchanan
                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Anthoney V. Mayoros, Sr.<br>Sandra Mayoros<br>223 Julia Avenue<br>Trenton, NJ  08610 | Debtor(s) | Regular Mail |
| Thomas J. Orr, Esq.<br>321 High Street<br>Burlington,  NJ   08016-4411 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |