UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thomas J. Orr
321 High Street
Burlington, NJ 08016
Attorney for Debtor
tom@torrlaw.com
(609)386-8700

In Re:

Anthoney Mayoros, Sr. and

Sandra Mayoros,

Case No.: 18-35206 (MBK)

Chapter: 13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,

    Creditor.

    A hearing has been scheduled for _____ at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____ at _____.

    ☒ Certification of Default filed by the Chapter 13 Trustee.

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $_____, but have not been accounted for.

    Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows:

We purchased a money order for the Trustee in February. We just realized it was not sent. We mailed it to the Trustee. We are about to make another payment. We will be current with the Trustee by the time the Trustee's motion is to be heard in court.

☐ Other (**explain your answer**):

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____

/s/Anthoney Mayoros, Sr.
Debtor's Signature

Date: _____

/s/Sandra Mayoros
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*