Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 18-35206 / MEH**

Anthoney V. Mayoros, Sr.
Sandra Mayoros

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date: 06/12/2019

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 02/02/2024 | $960.00 | 29135068942 | 02/29/2024 | $960.00 | 29135073677 | 04/16/2024 | $960.00 | 29169290272 |
| 04/16/2024 | $60.00 | 29169294085 | 04/16/2024 | $1,000.00 | 29169294074 | 06/03/2024 | $960.00 | 29329806150 |
| 07/01/2024 | $960.00 | 29329812876 | 07/24/2024 | $960.00 | 29329818287 | 08/27/2024 | $960.00 | 29329824148 |
| 10/02/2024 | $960.00 | 29437430534 | 11/12/2024 | $960.00 | 29437443652 | 12/02/2024 | $960.00 | 29437448995 |

**Total Receipts for the Period: $10,660.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $54,919.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Anthoney V. Mayoros, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Thomas J. Orr, Esq.<br>»» AMENDED DISCLOSURE 6/25/19 | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/GUITAR CENTER | Unsecured Creditors | $607.42 | $0.00 | $607.42 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,021.11 | $0.00 | $1,021.11 |
| 3 | NJ DIVISION OF TAXATION<br>»» TGI 2016-2017 | Priority Creditors | $3,234.09 | $808.39 | $2,425.70 |
| 4 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/ORDER 12/23/20 | Mortgage Arrears | $27,273.35 | $27,273.35 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 TAX PERIODS | Priority Creditors | $8,688.68 | $2,171.79 | $6,516.89 |
| 6 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,373.59 | $0.00 | $2,373.59 |
| 7 | NJSVS, SURCHARGE VIOLATION SYSTEM OFFIC<br>»» SURCHARGE | Unsecured Creditors | $1,916.00 | $0.00 | $1,916.00 |
| 8 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/ATTY FEES ORDER<br>12/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 9 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/PP ARREARS ORDI<br>3/2/21 | Mortgage Arrears | $9,523.26 | $9,523.26 | $0.00 |
| 10 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/ATTY FEES ORD<br>3/2/21 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

**Chapter 13 Case No. 18-35206 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 0 | Thomas J. Orr, Esq.<br>»» ORDER 6/23/21 | Attorney Fees | $1,422.00 | $1,422.00 | $0.00 |
| 11 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/PP ARREARS ORDE 5/10/22 | Mortgage Arrears | $5,758.99 | $5,758.99 | $0.00 |
| 12 | MIDFIRST BANK<br>»» P/223 JULIA AVE/1ST MTG/ATTY FEES ORDER 5/10/22 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,919.00 | Plan Balance: | $11,886.00 ** |
| Paid to Claims: | $50,138.78 | Current Monthly Payment: | $968.00 |
| Paid to Trustee: | $3,901.82 | Arrearages: | $1,260.00 |
| Funds on Hand: | $878.40 | Total Plan Base: | $66,805.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**