| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
**Chapter 13 Case No. 18-35206 / MEH**

Anthoney V. Mayoros, Sr.
Sandra Mayoros
223 Julia Avenue
Trenton, NJ   08610

Petition Filed Date: 12/27/2018
341 Hearing Date: 01/31/2019
Confirmation Date: 06/12/2019

Case Status: **Completed on 1/28/2026**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2025 | $960.00 | 29598609532 | 02/11/2025 | $960.00 | 29598617013 | 03/06/2025 | $960.00 | 29598624990 |
| 04/08/2025 | $960.00 | 29752433561 | 04/30/2025 | $960.00 | 29752440017 | 06/02/2025 | $960.00 | 29752446565 |
| 07/02/2025 | $960.00 | 38117426242 | 08/04/2025 | $960.00 | 38117427816 | 09/10/2025 | $960.00 | 38117440675 |
| 10/08/2025 | $690.00 | 38117449721 | 11/12/2025 | $960.00 | 38198808303 | 12/08/2025 | $960.00 | 38198817246 |
| 01/16/2026 | $596.00 | 55075305056 | 01/16/2026 | $1,000.00 | 55075305049 | | | |

**Total Receipts for Period: $12,846.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $66,805.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Anthoney V. Mayoros, Sr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | Thomas J. Orr, Esq.<br>»» AMENDED DISCLOSURE 6/25/19 | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/GUITAR CENTER | Unsecured Creditors | $607.42 | $141.63 | $465.79 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $1,021.11 | $238.08 | $783.03 |
| 3 | NJ DIVISION OF TAXATION<br>»» TGI 2016-2017 | Priority Crediors | $3,234.09 | $3,234.09 | $0.00 |
| 4 | MIDFIRST BANK<br>»» 223 JULIA AVE/1ST MTG/ORDER 12/23/20 | Mortgage Arrears | $27,273.35 | $27,273.35 | $0.00 |
| 5 | INTERNAL REVENUE SERVICE<br>»» 2015-2017 TAX PERIODS | Priority Crediors | $8,688.68 | $8,688.68 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $2,373.59 | $553.43 | $1,820.16 |
| 7 | NJSVS, SURCHARGE VIOLATION SYSTEM OFFICI<br>»» SURCHARGE | Unsecured Creditors | $1,916.00 | $446.74 | $1,469.26 |
| 8 | MIDFIRST BANK<br>»» 223 JULIA AVE/1ST MTG/ATTY FEES ORDER<br>12/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 9 | MIDFIRST BANK<br>»» 223 JULIA AVE/1ST MTG/PP ARREARS ORDER<br>3/2/21 | Mortgage Arrears | $9,523.26 | $9,523.26 | $0.00 |

**Chapter 13 Case No. 18-35206 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 10 | MIDFIRST BANK<br>»» 223 JULIA AVE/1ST MTG/ATTY FEES ORD 3/2/2 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| | Thomas J. Orr, Esq.<br>»» ORDER 6/23/21 | Attorney Fees | $1,422.00 | $1,422.00 | $0.00 |
| 11 | MIDFIRST BANK<br>»» 223 JULIA AVE/1ST MTG/PP ARREARS ORDER 5/10/22 | Mortgage Arrears | $5,758.99 | $5,758.99 | $0.00 |
| 12 | MIDFIRST BANK<br>»» 223 JULIA AVE/1ST MTG/ATTY FEES ORDER 5/10/22 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

## SUMMARY

**Your case was Completed on 01/28/2026.**

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $66,805.00 | Paid to Claims: | $60,461.25 |
| Paid to Trustee: | $4,865.85 | Funds on Hand: | $1,477.90 |

EOF