Form ntcfncurv – ntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

_____

Case No.:  18–35206–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthoney V. Mayoros Sr.                    Sandra Mayoros
223 Julia Avenue                           223 Julia Avenue
Trenton, NJ 08610                          Trenton, NJ 08610

Social Security No.:
xxx–xx–7007                                xxx–xx–8069

Employer's Tax I.D. No.:

_____

**NOTICE OF RESPONSE TO TRUSTEE'S**
**NOTICE OF DISBURSEMENTS MADE**

   TO: <u>Anthoney V. Mayoros Sr. and Sandra Mayoros</u>
        Debtor(s)

   You are hereby notified that a Response to Trustee's Notice of Disbursements Made has been filed. Under Fed. R. Bankr. P. 3002.1(g), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: March 3, 2026
JAN: mrg

                                    <u>Jeanne Naughton, Clerk</u>