Certificate Number: 12433-NJ-DE-040823640

Bankruptcy Case Number: 18-35206



12433-NJ-DE-040823640

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 6, 2026, at 7:36 o'clock PM EDT, Anthony Victor Mayoros completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   April 6, 2026                    By:     /s/Lisa Susoev

Name:  Lisa Susoev

Title:   Teacher