**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthoney V. Mayoros Sr. | Social Security number or ITIN   xxx–xx–7007 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Sandra Mayoros | Social Security number or ITIN   xxx–xx–8069 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–35206–EJO

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthoney V. Mayoros Sr.                Sandra Mayoros

4/22/26

**By the court:** Eamonn James O'Hagan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                **Chapter 13 Discharge**                page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                         Case No. 18-35206-EJO

Anthoney V. Mayoros, Sr.                                                        Chapter 13

Sandra Mayoros

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                  Page 1 of 3

Date Rcvd: Apr 22, 2026                       Form ID: 3180W                               Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthoney V. Mayoros, Sr., Sandra Mayoros, 223 Julia Avenue, Trenton, NJ 08610-6613 |
| 517941401 | | A-1 Collection Service, 101 Grovers Mills Road, Suite 303, Lawrence Township, NJ 08648-4706 |
| 517941403 | + | First Card Services, 9 Wills Way, Piscataway, NJ 08854-3770 |
| 517941405 | + | KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517941406 | | Mercer Bucks Orthopaedics, P.C., 2501 Kuser Road, Trenton, NJ 08691-3386 |
| 517941409 | + | New Jersey Motor Vehicle Commission, Surcharge Violation System, PO Box 1502, Moorestown, NJ 08057-9704 |
| 517941411 | + | Norris, McLaughlin & Marcus, PA, 400 Crossing Blvd, 8th Fl POB 5933, Bridgewater, NJ 08807-2863 |
| 517941414 | + | RWJ Medical Associates, 1700 Whitehorse Hamilton Square Road, Trenton, NJ 08690-3536 |
| 517941413 | + | Retro Fitness Bordentown, 860 Route 206, Bordentown, NJ 08505-1505 |
| 517941422 | + | Trenton Emergency Medical Services, 244 Perry Street, Trenton, NJ 08618-3926 |
| 517941424 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517941404 | | EDI: IRS.COM | Apr 23 2026 01:18:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518009662 | + | EDI: AISMIDFIRST | Apr 23 2026 01:18:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517941407 | + | EDI: AISMIDFIRST | Apr 23 2026 01:18:00 | Midfirst Bank, 999 Northwest Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 517941408 | + | EDI: AISMIDFIRST | Apr 23 2026 01:18:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517941410 | ^ | MEBN | Apr 22 2026 21:31:50 | NJ Attorney General, Division of Law, PO Box 112, Trenton, NJ 08625-0112 |
| 517947126 | | EDI: Q3G.COM | Apr 23 2026 01:18:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517941412 | | Email/Text: clientservices@remexinc.com | Apr 22 2026 21:34:00 | Remex, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517941415 | | Email/Text: EBN@seliplaw.com | | |

| | | | |
|---|---|---|---|
| | | Apr 22 2026 21:34:00 | Selip and Stylianou, LLP, 10 Forest Avenue, Suite 300, PO Box 914, Paramus, NJ 07653-0914 |
| 517971244 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 22 2026 21:34:00 | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517941416 | ^ MEBN | Apr 22 2026 21:32:30 | State of New Jersey, Division of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517941417 | + EDI: SYNC | Apr 23 2026 01:18:00 | Synchrony Bank, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 517942358 | + EDI: PRA.COM | Apr 23 2026 01:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517941418 | + EDI: SYNC | Apr 23 2026 01:18:00 | Synchrony Bank/Guitar Center, Att'n: Bankruptcy Department, PO Box 956015, Orlando, FL 32896-0001 |
| 517941419 | EDI: SYNC | Apr 23 2026 01:18:00 | Synchrony Bank/Lowes, Att'n: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517941420 | EDI: SYNC | Apr 23 2026 01:18:00 | Synchrony Bank/Old Navy, Att'n: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 517941421 | EDI: SYNC | Apr 23 2026 01:18:00 | Synchrony Bank/Vaughn Bassett, Att'n: Bankruptcy Department, PO Box 965022, Orlando, FL 32896-5022 |
| 517941423 | + Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2026 21:35:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517941402 | ##+ | Allen Chern, LLC, 79 West Monroe Street, 5th Floor, Chicago, IL 60603-4952 |
| 518133195 | ##+ | NJSVS Surcharge Violation System Office, POB 136, Trenton, NJ 08601-0136 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| | |

District/off: 0312-3                                    User: admin                                    Page 3 of 3
Date Rcvd: Apr 22, 2026                                Form ID: 3180W                               Total Noticed: 30

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

Kevin Gordon McDonald
on behalf of Creditor MIDFIRST BANK kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Matthew K. Fissel
on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Thomas J Orr
on behalf of Debtor Anthoney V. Mayoros  Sr. tom@torrlaw.com, xerna@aol.com;orrTR87054@notify.bestcase.com

Thomas J Orr
on behalf of Joint Debtor Sandra Mayoros tom@torrlaw.com  xerna@aol.com;orrTR87054@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7